```
PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 08-40633 EDJ** |
| **JULIO CESAR OVANDO MOLINA,** | **Chapter 13** |
| Debtor. _____/ | **DECLARATION OF ANNE Y. SHIAU IN SUPPORT OF ORDER DISMISSING CASE** |

I, ANNE Y. SHIAU, declare:

1. I am one of the attorneys for the above named debtor. On December 29, 2011, a Motion to Dismiss Case and Notice Thereon was served on all creditors for the above-named debtor, the United States Trustee, & the Chapter 13 Trustee.

2. I declare that there are no pending motions to convert the case to a Chapter 7 or a pending motion to dismiss the case with prejudice.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed January 10, 2012, at Oakland, California.

　　　　　　　　　　　　　　　　　　　　　/s/ Anne Y. Shiau
　　　　　　　　　　　　　　　　　　　　　Anne Y. Shiau
　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor

Page 1 of 1

Case: 08-40633   Doc# 29   Filed: 01/10/12   Entered: 01/10/12 15:03:20   Page 1 of 1